# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Pantera Ornelas

               V.                             **JUDGMENT IN A CIVIL CASE**

Angulo, CC-I

                                         **CASE NUMBER:**    05cv1293 BEN(NLS)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the second amended compliant is dismissed without further leave to amend for failure to state a claim pursuant to 28USC1915(e)(2) and 1915A(b)

1.

| September 12, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | S/J. Hathaway |
|  | (By) Deputy Clerk |
|  | ENTERED ON September 12, 2006 |

05cv1293 BEN(NLS)